| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jessie Louise Brotherton<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–4380<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | Steve Robert Brotherton<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–8230<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: District of Minnesota | | Date case filed for chapter: 13  10/24/24 | |
| Case number: 24–42904 – KAC | | | |

| **You can receive** court notices and orders by **email** instead of U.S. Mail via these **two options:** | **For creditors:** Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**. | **For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn** |
|---|---|---|

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jessie Louise Brotherton | Steve Robert Brotherton |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 18152 10th St<br>Winthrop, MN 55396–9220 | 18152 10th St<br>Winthrop, MN 55396–9220 |
| 4. | **Debtor's attorney**<br>Name and address | Wesley W. Scott<br>LifeBack Law Firm, PA<br>13 Seventh Ave S<br>St Cloud, MN 56301 | Contact phone 320–252–0330<br><br>Email: samantha@lifebacklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Gregory A Burrell<br>100 South Fifth Street<br>Suite 480<br>Minneapolis, MN 55402 | Contact phone: 612–338–7591<br>Email: general@ch13mn.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 301 Diana E. Murphy U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Hours open: Monday – Friday 8:00AM to 4:30PM<br>Contact phone (612)–664–5200<br>Web address www.mnb.uscourts.gov<br><br>Date: 10/25/24 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 20, 2024 at 10:40 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**For additional meeting information, go to https://www.justice.gov/ust/moc** | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 610 905 5331, and Passcode 9417372653, OR call 1–612–887–6551** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/21/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/2/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/22/25** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. Proofs of claim can be filed electronically on the court's website:  www.mnb.uscourts.gov. No login or password is required. Alternatively, a Proof of Claim form may be obtained at the same website or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **12/19/24** at **10:30 AM** , Location: **U S Court Courtroom 8 West, 300 S 4th St, Minneapolis, MN 55415 Deadline to object to confirmation of the Chapter 13 Plan: 12/12/24**. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
District of Minnesota

In re:     Case No. 24-42904-KAC
Jessie Louise Brotherton     Chapter 13
Steve Robert Brotherton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0864-4    User: admin    Page 1 of 3
Date Rcvd: Oct 25, 2024    Form ID: 309I    Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jessie Louise Brotherton, Steve Robert Brotherton, 18152 10th St, Winthrop, MN 55396-9220 |
| 63265225 | + | ADM Animal Nutrition, 2100 Gardner Expy, Quincy IL 62305-9376 |
| 63265232 | + | CIA Community Insurance Agency, PO Box 306, Lafayette MN 56054-0306 |
| 63265228 | + | Captial Accounts LLC, PO Box 680608, Franklin TN 37068-0608 |
| 63265229 | | Cargill, PO Box 842621, Dallas TX 75284-2621 |
| 63265230 | + | Carly Winscher, 28052 63rd Street, Royalton MN 56373-3020 |
| 63265231 | + | Central Region Cooperative, P.O. Box 429, Sleepy Eye MN 56085-0429 |
| 63265235 | + | Culligan of St. Peter, 203S Front St, Saint Peter MN 56082-2591 |
| 63265236 | | D&S Global Solutions, HQ-I STE 4N15, Melville NY 11747 |
| 63265237 | + | Deb Gertner, Kyle Gertner, 33131 360th St, Westbrook MN 56183-2161 |
| 63265238 | + | Dunham Inc., 10811 215th St. W, Lakeville MN 55044-8512 |
| 63265240 | + | FSA, 110 2ND ST S #125, Waite Park MN 56387-1307 |
| 63265241 | #+ | Gary Felmlee, 31167 Forest Prairie Rd, Le Sueur MN 56058-4514 |
| 63265242 | | Gaylord Feed Mill Inc, PO Box 295, Gaylord MN 55334-0295 |
| 63265243 | + | Inguran, LLC dba STgenetics, 22575 State Highway 6 South, Navasota TX 77868-8297 |
| 63265245 | + | Joan Euerle, Vaughn Euerle, 31739 CSAH 34, Litchfield MN 55355-4007 |
| 63265246 | + | KL Marketing LLC, 31425 Northfield Blvd, Northfield MN 55057-5466 |
| 63265248 | | LTD Financial Services, 3200 Wilcrest Suite 600, Houston TX 77042-6000 |
| 63265247 | + | Lester Prairie Vet Clinic, 18743 Babcock Ave, Lester Prairie MN 55354-7905 |
| 63265249 | + | McLeod County Auditor-Treasure, 2391 Hennepin Ave N, Glencoe MN 55336-5031 |
| 63265252 | + | Midwest Machinery Co, PO Box 197, 78412 County Rd. 20, Stewart MN 55385-0197 |
| 63265255 | + | Munson Lakes Nutrition, PO Box 549, Howard Lake MN 55349-0549 |
| 63265256 | + | Murphy Dairy Supply, 28468 251st Avenue, Henderson MN 56044-4453 |
| 63265257 | + | Olde City Financial INC, PO Box 800, Wayne PA 19087-0800 |
| 63265258 | + | Ontime Petroleum LLC, PO Box 26, Gaylord MN 55334-0026 |
| 63265259 | + | Premier Livestock & Auctions, PO Box 306, Owen WI 54460-0306 |
| 63265261 | + | RGS Financial LLC, 1700 Jay Ell Drive Ste 200, Richardson TX 75081-6788 |
| 63265262 | + | Roger Fredin, 24296 481st Ave, Gaylord MN 55334-2058 |
| 63265263 | + | Roy Johnson, 33795 Martin Ave, Parkersburg IA 50665-7741 |
| 63265264 | | SBA, 100 North 57th Street, Suite 210-C, Butler Square, Minneapolis MN 55403 |
| 63265267 | + | ST Genetics, 10115 Kincey Ave Ste 100, Huntersville NC 28078-6482 |
| 63265265 | + | Security Bank and Trust, 128 4th Avenue North, Box 279, Brownton MN 55312-0279 |
| 63265266 | + | Select Sires, 6601 Gregory Park Road S, Saint Cloud MN 56301-9287 |
| 63265268 | + | Steiner Consultants LLC, 205 Jefferson St SE Ste 2, Hutchinson MN 55350-2544 |
| 63265269 | + | Stepka Dairy Supply, 206 Walnut St, Zumbrota MN 55992-1285 |
| 63265272 | + | Vericore (collector for STgen, 10115 Kincey Avenue ste 100, Huntersville NC 28078-6482 |
| 63265276 | + | WW Erections LTD dba Osakis Si, PO Box T, 300 E Main St, Osakis MN 56360-8287 |
| 63265273 | + | Weltsch Equipment, 1615 E Bridge St, Redwood Falls MN 56283-1934 |
| 63265275 | | Winthrop Telephone Company, 213 E 2nd St, Winthrop MN 55396 |
| 63265277 | + | Zumbro AG Solutions, 206 Walnut St, Zumbrota MN 55992-1285 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: samantha@lifebacklaw.com | Oct 25 2024 21:06:00 | Wesley W. Scott, LifeBack Law Firm, PA, 13 Seventh Ave S, St Cloud, MN 56301 |
| tr | + Email/Text: bnc@ch13mn.com | Oct 25 2024 21:07:00 | Gregory A Burrell, 100 South Fifth Street, Suite 480, Minneapolis, MN 55402-1250 |
| smg | + EDI: MINNDEPREV.COM | Oct 26 2024 00:58:00 | Minnesota Department of Revenue, Bankruptcy Section, PO Box 64447, St Paul, MN 55164-0447 |
| smg | + Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Oct 25 2024 21:07:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + Email/Text: ustpregion12.mn.ecf@usdoj.gov | Oct 25 2024 21:07:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63265226 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 25 2024 21:05:21 | Ally Bank card, P.O Box 9222, Old Bethpage NY 11804-9222 |
| 63265227 | + EDI: GMACFS.COM | Oct 26 2024 00:58:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington IL 55438-0901 |
| 63265233 | + Email/Text: bankruptcy@consumerportfolio.com | Oct 25 2024 21:07:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine CA 92619-7071 |
| 63265234 | + Email/Text: lisamoore@creditoradvocates.com | Oct 25 2024 21:07:00 | Creditor Advocates Inc, dba CAI Services, PO Box 1264, Prior Lake MN 55372-0864 |
| 63265239 | Email/Text: BNSFS@capitalsvcs.com | Oct 25 2024 21:07:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls SD 57117 |
| 63265244 | EDI: IRS.COM | Oct 26 2024 00:58:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 63265253 | Email/Text: ml-ebn@missionlane.com | Oct 25 2024 21:06:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta GA 30348 |
| 63265254 | + EDI: MINNDEPREV.COM | Oct 26 2024 00:58:00 | MN Dept of Revenue, Attn: Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 63265250 | + Email/Text: cc-bklitigation@messerlikramer.com | Oct 25 2024 21:07:00 | Messerli & Kramer, 3033 Campus Drive, Suite 250, Plymouth MN 55441-2685 |
| 63265251 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 25 2024 21:07:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego CA 92193-9069 |
| 63265260 | + Email/Text: jenniferk@pcaofmn.com | Oct 25 2024 21:07:00 | Professional Credit Analysts of MN, 24 N Front St, Po Box 99, New Ulm MN 56073-0099 |
| 63265270 | + Email/Text: Bankruptcy@TekCollect.com | Oct 25 2024 21:07:00 | TEK Collect, PO Box 1269, Columbus OH 43216-1269 |
| 63265271 | + Email/Text: geoff.lemke@ufcmn.com | Oct 25 2024 21:07:00 | United Farmers Cooperative, PO Box 461, Winthrop MN 55396-0461 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 63265274 |  | Wilbur-Ellis LLC, PO Box 675023 |
| smg | *+ | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory A Burrell | cmecfjzkmn@ch13mn.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Wesley W. Scott | on behalf of Debtor 2 Steve Robert Brotherton samantha@lifebacklaw.com  ScottWR72722@notify.bestcase.com |
| Wesley W. Scott | on behalf of Debtor 1 Jessie Louise Brotherton samantha@lifebacklaw.com  ScottWR72722@notify.bestcase.com |

TOTAL: 4