# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Steve and Jessie Brotherton,
              Debtor

Chapter 13
BKY. 24-42904

Steve and Jessie Brotherton,

              Plaintiff

Chapter 13
ADV. TBD

v.

Carly J. Winscher,

              Defendant

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
## IN ADVERSARY PROCEEDING

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me after one year before the date of the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with this adversary proceeding is as follows:

   For legal services, I have agreed to accept
   (flat fee or hourly rate):                                                           $515

   Prior to the filing of this statement, I have received:     $0

   Balance Due (or hourly rate):                             $515

2. The source of the compensation paid to me was:

   ☐    Debtor                      ☐    Other (specify)

3. The source of the compensation to be paid to me is:

   ☒    Debtor                      ☐    Other (specify)

4.

☐  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☒  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5. In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render the following legal services:

Representation of the debtor(s) in this adversary proceeding.

## CERTIFICATION

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this adversary proceeding.

Date: April 22, 2025

/e/ *Mark L. Vavreck*
Mark L. Vavreck, Esq.
Attorney I.D. #: 0318619
Attorney for Debtor/Plaintiff
Vavreck Law, LLC
7900 International Drive,
Suite 300 PMB 3345
Bloomington, MN 55425
Telephone: (612) 373-7000
Facsimile: (952) 854-8437
Email: mark@vavrecklaw.com

Wesley W. Scott, Esq.
Attorney I.D. #: 0264787
Attorney for Debtor/Plaintiff
Lifeback Law Firm
13 7th Avenue South
Saint Cloud, MN 56301
Telephone: (320) 258-7284
Email: wes@lifebacklaw.com